Colin K. McCarthy, Esq. (Bar No. 215059)
Member of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Facsimile: (714) 703-1610
ckmccarthy@lanak-hanna.com

Attorneys for Defendant / Counterclaimant
AMERICAN CONTRACTORS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of REXEL, INC., a Delaware corporation, doing business as PLATT ELECTRIC SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>HUBZONE CORP., a California corporation, also known as HUBZONE CORPORATION and AMERICAN CONTRACTORS INDEMNITY COMPANY, sued herein as Doe 1,<br><br>Defendants. | CASE NO.: 2:16-cv-00408-JAM-EFB<br><br>**ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>DATE: August 8, 2018<br>TIME: 10:00a.m.<br>COURTROOM: 8 & 13th Floor<br><br>BEFORE THE HONORABLE EDMUND F. BRENNAN<br><br>Action Filed: February 25, 2016<br>Trial Date: None |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HUBZONE, CORP., a California corporation;<br>CHARMIANE BURNETT, an individual;<br>LARRY DEON LOFTON, an individual,<br><br>Counterdefendants. | |

**THE COURT ORDERS** that this case be, and hereby is, dismissed with prejudice.

{1413 22946}                                                 1

DATED: March 28, 2019

<u>John A. Mendez</u>_____<br>
U. S. District Court Judge