Tracy Stevenson, Esq. (Bar No. (162408)
Colin K. McCarthy, Esq. (Bar No. 215059)
Member of
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Facsimile: (714) 703-1610
ckmccarthy@lanak-hanna.com

Attorneys for Defendant / Counterclaimant
AMERICAN CONTRACTORS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of REXEL, INC., a Delaware corporation, doing business as PLATT ELECTRIC SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>HUBZONE CORP., a California corporation, also known as HUBZONE CORPORATION and AMERICAN CONTRACTORS INDEMNITY COMPANY, sued herein as Doe 1,<br><br>Defendants. | CASE NO.: 2:16-cv-00408-JAM-EFB<br><br>**AMENDED JUDGMENT**<br><br>BEFORE THE HONORABLE JOHN A. MENDEZ<br><br>Action Filed: February 25, 2016<br>Trial Date: None |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HUBZONE, CORP., a California corporation;<br>CHARMIANE BURNETT, an individual;<br>LARRY DEON LOFTON, an individual,<br><br>Counterdefendants. | |

{1413 22946}                                1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED AND AJUDGED that:

1. ACIC is awarded damages in the amount of $528,574.44, plus prejudgment interest at the rate of 10% per annum against HUBZONE, CORP., a California corporation; and LARRY DEON LOFTON, an individual commencing:

   a. April 11, 2016 for $59,290.00;

   b. May 31, 2016, for $93,943.51;

   c. August 10, 2016, for $2,725.00;

   d. August 17, 2016, for $75,264.00;

   e. November 14, 2016, for $61,490.85;

   f. November 22, 2016, for $24,580.00;

   g. March 16, 2017, for $27,320.50; and

   h. December 20, 2017, for $183,960.58.

2. ACIC is awarded attorney's fees in the amount of $14,952.00 against HUBZONE, CORP., a California corporation; and LARRY DEON LOFTON, an individual.

Dated: September 10 , 2019

*[signature]*
John A. Mendez
United States District Court Judge