Michael K. Murray, Esq. (Bar No. (265785)
Member of
LANAK & HANNA, P.C.
1851 East First Street, Suite 700
Santa Ana, CA 92705
Telephone:  (714) 620-2350
Facsimile:   (714) 703-1610
mkmurray@lanak-hanna.com

Attorneys for Defendant / Counterclaimant
AMERICAN CONTRACTORS INDEMNITY COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of REXEL, INC., a Delaware corporation, doing business as PLATT ELECTRIC SUPPLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUBZONE CORP., a California corporation, also known as HUBZONE CORPORATION and AMERICAN CONTRACTORS INDEMNITY COMPANY, sued herein as Doe 1,<br><br>　　　　Defendants.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>HUBZONE, CORP., a California corporation; CHARMIANE BURNETT, an individual; LARRY DEON LOFTON, an individual,<br><br>　　　　Counterdefendants. | CASE NO.: 2:16-cv-00408-JAM-EFB<br><br>**ORDER REGARDING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS (ECF No. 53)**<br><br>**[F.R.C.P. RULE 4(C)]**<br><br>**NO HEARING SCHEDULED**<br><br>Action Filed:  February 25, 2016<br>Trial Date:  None |

{2058 30554}　　　　　　　　　　　　　　1
**ORDER REGARDING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS**

**IT IS SO ORDERED** that All-N-One Legal Support, registered California process servers, be specifically appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action.

Dated: August 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE